FILED

SEP 2 4 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. SA-01-CA-567-FB |
| THE TEXAS A&M UNIVERSITY SYSTEM, § § | |
| Defendant. § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL OF ACTION

Before the Court is Plaintiff's Motion for Dismissal of Action filed September 20, 2001. Plaintiff advises that the parties have resolved all claims and the plaintiff has no further need to pursue this lawsuit and therefore seeks to dismiss this action with prejudice. Because the docket reveals the defendant has not filed an answer or a motion for summary judgment, plaintiff may dismiss the case pursuant to FED. R. CIV. P.. 41(a). The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Dismissal of Action (docket #3) is GRANTED and this case is DISMISSED WITH PREJUDICE. Motions pending, if any, are also DISMISSED.

It is so ORDERED.

SIGNED this _24_ day of September, 2001.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE