FILED
SEP 24 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-01-CA-567-FB |
| THE TEXAS A&M UNIVERSITY SYSTEM, | § § | |
| Defendant. | § | |

## JUDGMENT

The Court has considered Plaintiff's Motion for Dismissal of Action with prejudice filed in this case on September 20, 2001. Because plaintiff has advised that the parties have resolved all claims asserted and defendant has not filed an answer or motion for summary judgment, the motion was granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE pursuant to FED. R. CIV. P. 41(a)(1) and in accordance with the Order Granting Plaintiff's Motion for Dismissal of Action filed this same date. Motions pending, if any, are also DISMISSED.

It is so ORDERED.

SIGNED this 24 day of September, 2001.

FRED BIERY
UNITED STATES DISTRICT JUDGE